IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
PATRICIA E. LEWIS,              )
                                )
          Plaintiff,            )       4:09CV3218
                                )
     v.                         )
                                )
MICHAEL J. ASTRUE,              )       ORDER
Commissioner of the Social      )
Security Administration,        )
                                )
          Defendant.            )
_____)
```

This matter is before the Court on defendant's motion for extension of time to respond to plaintiff's brief (Filing No. 17).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that the motion is granted; defendant shall have until May 17, 2010, to respond to plaintiff's brief.

DATED this 16th day of April, 2010.

          BY THE COURT:

          /s/ Lyle E. Strom
          _____
          LYLE E. STROM, Senior Judge
          United States District Court