IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
PATRICIA E. LEWIS,              )
                                )
          Plaintiff,            )        4:09CV3218
                                )
     v.                         )
                                )
MICHAEL J. ASTRUE,              )        ORDER
Commissioner of the Social      )
Security Administration,        )
                                )
          Defendant.            )
_____)
```

This matter is before the Court on plaintiff's motion for extension of time (Filing No. 20). The Court notes the brief has been filed and finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; plaintiff shall have until June 8, 2010, to file a reply brief.

DATED this 9th day of June, 2010.

                BY THE COURT:

                /s/ Lyle E. Strom
                _____
                LYLE E. STROM, Senior Judge
                United States District Court