IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PATRICIA E. LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3218 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | MEMORANDUM AND ORDER |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the motion of plaintiff Patricia E. Lewis for authorization of an award of attorney's fees filed pursuant to 42 U.S.C. § 406(b) (Filing No. 28), with memorandum of law and index of supporting materials (Filing Nos. 29 and 30). Defendant Commissioner of the Social Security Administration (the "Commissioner") filed a response to Ms. Lewis' motion and "has no objection to an award of fees in the amount requested" (Filing No. 31, at 2).

The Court has reviewed all filings related to Ms. Lewis' application for attorney's fees and finds that the requested fee is reasonable compensation considering the work done by Mr. Speicher and the paralegals and law clerk working with him.  Accordingly,

IT IS ORDERED:

1)  Ms. Lewis' motion for attorney fees (Filing No. 28) is granted in the amount of $19,373.25, to be paid to Mr.

Speicher out of the sum withheld by the Commissioner from Ms. Lewis' past due benefits.

    2) After the $19,373.25 payment to Mr. Speicher, the balance of the past due benefits shall be released by the Commissioner to Ms. Lewis.

    DATED this 18th day of May, 2012.

                      BY THE COURT:

                      /s/ Lyle E. Strom
                      _____
                      LYLE E. STROM, Senior Judge
                      United States District Court